AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Rana Alrichani | ) Case No. 4:24-cr-00169-SDJ-AGD |
| Defendant | ) |

6:32 am Aug 16, 2024

**RECEIVED
EASTERN DISTRICT OF TEXAS**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Rana Alrichani,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count Two - 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Manufacture, Distribute and Dispense a Controlled Substance
Count Three - 18 U.S.C. 1956(h) - Conspiracy to Commit Money Launderin in Violation of 18 U.S.C.§ 1956(a)(l)(B)(i)

Date: 08/15/2024

*Issuing officer's signature*

City and state: Sherman, TX

David A. O'Toole, Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*